UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Pensacola_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

## AMENDED COMPLAINT

_Allen Dale Owens_,
Inmate # _033593_.
(Enter full name of Plaintiff)

PROVIDED TO
CENTURY CI
APR 10 2019
FOR MAILING _ACO_
RECEIVED BY_____

vs.

CASE NO: 3:18-cv-2121-RV-HTC
_____
(To be assigned by Clerk)

_Head Nurse A. Craft_,
_Centurion Health Care_,
_Employee, / Century_,
_Correction Institutional_,
_Medical Department._.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

FILED USDC FLND PN
APR 16 '19 AM 11:48

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: *Allen Dale Owens*
Inmate Number: *033593*
Prison or Jail: *Century Correctional Institution*
Mailing address: *400 Tedder Road, Century, Florida 32535-3700*

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: *A. Craft*
    Official position: *Head Nurse*
    Employed at: *Century Correction Institution*
    Mailing address: *400 Tedder Road, Century, Florida 32535*

(2) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

(3) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
    Yes( )                    No(✓)

    1.  Parties to previous action:
        (a) Plaintiff(s): Allen D. Owens
        (b) Defendant(s): Florida Parole Commission
    2.  Name of judge: UNS         Case #: _____
    3.  County and judicial circuit: Second Circuit Judicial Court
    4.  Approximate filing date: _____
    5.  If not still pending, date of dismissal: Still Pending
    6.  Reason for dismissal: _____
    7.  Facts and claims of case: Presumptive Release Date Extended For Disciplinary Infraction.

    **(Attach additional pages as necessary to list state court cases.)**

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
    Yes(✓)                    No( )

    1.  Parties to previous action:
        a.  Plaintiff(s): Allen Dale Owens
        b.  Defendant(s): Unsure
    2.  District and judicial division: U.S. District Court, Panama City
    3.  Name of judge: UNS         Case #: UNS
    4.  Approximate filing date: UNS / 2007
    5.  If not still pending, date of dismissal: UNK
    6.  Reason for dismissal: Fail To State A Claim.

7. Facts and claims of case: _Motion Filed in State and District Courts_

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)   No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _Arlen Dale Owens_
   b. Defendant(s): _State of Florida_
2. District and judicial division: _11th Judicial Circuit Court Dade County_
3. Name of judge: _Durant_   Case #: _76-2387_
4. Approximate filing date: _UNS 1976 - 2016_
5. If not still pending, date of dismissal: _UNS_
6. Reason for dismissal: _Denied_
7. Facts and claims of case: _Motion to Correct Illegal Sentence 3.850, 3.800, State Habeas_

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(✓)   No( )

1. Parties to previous action:
   a. Plaintiff(s): _Arlen Dale Owens_
   b. Defendant(s): _State of Florida_
2. District and judicial division: _UNS_
3. Name of judge: _UNS_   Case Docket # _UNS_
4. Approximate filing date: _UNS_   Dismissal date: _UNS_
5. Reason for dismissal: _UNS_

4

Page 4 -     CONTINUATION

Allen Dale Owens  PLAINTIFF
                                    CASE 2018 CA 2714
DEFENDANT: Florida Parole Commission
DATE
COURT SECOND JUDICIAL CIRCUIT
STILL PENDING - PETITION FOR WRIT OF MANDAMUS.
FACT OF CASE PAROLE DATE EXTENTION

ALLEN DALE OWENS
PLAINTIFF                  CASE 2017 CA 2487
DEFENDANT JULIE JONES
DATE (UNS)  DEPT OF CORRECTION
FACT CASE WRIT OF MANDAMUS
  DISCIPLINARY INFRACTION
  DISMISSAL. (UNS)

6.  Facts and claims of case: _STATED BELOW IN SEPARATELY NUMBERED PARAGRAPHS._

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1. On November 4, 2016, I was housed in "G" dorm Century Correctional Institution in Cell 1209T.

2. Once the doors open I went to take a shower. As I entered the shower I "slipped" and fell to the floor due to the faulty shower stall that had nothing on the floor to prevent such accident. I landed on the floor hitting the footstep of the shower stall.

3. I heard a knock once I landed on my right hip bone. I immediately cried out for help because I could not get up off the floor.

4. My cellmate and another inmate and his cellmate came to my aid.

5. The inmates help me off the shower floor and took me downstairs.

6. The dorm sergeant (unk) on duty at the time of the accident notified medical of the medical emergency. I was in serious pain and could not walk nor stand.

7. The nurse arrived with a wheelchair and a staff officer (unk) pushed me to medical.

8. At medical I was seen by three nurses (R.N. S. Williams, L.PN) F. Thomas and head Nurse A. Craft.

9. During the medical evaluation stage Nurse A. Craft-

5

had knowledge that I had sustain damage from the fall in the shower and she was aware that it was my hip because it was painful when she touched the area, it was obvious that I needed medical attention immediately.

10. <sup>(1)</sup> NURSE CRAFT was the supervisor and she disregarded the seriousness of the injury by stating that I was just taking my injury as inmate's those and that she see nothing with me and I would not be admitted in the infirmary and I would not get any further treatment other than what has been prescribed.

11. <sup>(2)</sup> Nurse A. Craft unprofessional conduct were malicious by disregarding the seriousness excessive risk to my health and safety by her action towards my injury. She deliberately denied me the needed treatment. By her action she failed to take reasonable measure to abate it and it pose a substantial risk of serious harm. (d)

12. I was still in pain and I continue to ask to be place in the infirmary for further observation. I was refused.

13. I was told to have medical and was given ibuprofen and a low bunk pass, lower tier pass, a pass for xray, free to use a set of crutches. Therefore she knew of the risk, health, or safety.

14. Sgt Anderson assist me to the center gate, and officer Nelson was the gate officer on November 4, 2016.

15. Once I manage to get to the center gate I couldn't walk or use the crutches anymore.

16. I came in contact with Sgt Smith "J.K" and Sgt Johnson they both saw that I was having trouble with the crutches I could not move, it was close to the morning count and two unknown inmate carried me back to G-dorm. Where the incident occurred.

17. On November 5, 2016, I was moved from "G" dorm 1209 u

6

CONTINUATION - 6

TO "F" DORM 4109L. I WAS STILL IN PAIN AND COULDN'T USE THE CRUTCHES. I WAS PLACE IN EXCESSIVE RISK TO MY HEALTH AND SAFETY BY BEING DISREGARDED BY NURSE A. CRAFT. I COULD NOT USE MY HANDS OR ARMS PAINFUL TO USE THE TOILET NOR SHOWER.

18. THE USES OF THE CRUTCHES CAUSE ME NERVE DAMAGE IN BOTH MY ARM

19. SUNDAY MORNING NOVEMBER 6, 2016 DURING BREAKFAST THE SAME OFFICER WHEELED CHAIRED ME TO MEDICAL AND TO THE DINNING HALL. WHILE THERE NURSE CRAFT NOTIFIED THE STAFF OFFICER TUCKER CAME OVER TO TAKE THE WHEELCHAIR. I REFUSED AND WAS PUSH OVER TO MEDICAL AND WAS ____ IN THE INFIRMARY BECAUSE I COULDN'T USE THE CRUTCHES BECAUSE OF THE NERVE DAMAGE UNDER MY ARM CAUSED BY THOSE CRUTCHES

20. ON NOVEMBER 7, 2016. THE NEXT MORNING I WAS SCHEDULE FOR (XRAY) WHICH WAS DONE (3) THREE DAYS AFTER THE INJURY AND IT WAS DISCOVERED THAT I HAD A BROKE HIP, FOR THREE DAYS I WAS IN EXCRUCIATING PAIN UP MY LEG PHYSICALLY (AND EXPERIENCING PSYCHOLOGICAL/EMOTIONAL TRAUMA, PERSONAL HUMILIATION, ANXIETY, STRESS CAUSE BY THIS INJURY AND NURSE CRAFT MALICIOUS ACTION TOWARDS THE SERIOUSNESS OF MY INJURY.

21. ON THE SAME DAY NOVEMBER 7, 2016. I WAS TRANSPORTED BY AMBULANCE FROM CENTURY CORRECTIONAL FACILITY TO BAPTIST HOSPITAL IN PENSCOLA FLORIDA FOR SURGERY.

22. NOVEMBER 9TH 2016, I HAD A FULL HIP REPLACEMENT SURGERY DONE BY DR. JASON ROCHA, MD.

6

23. The Plaintiff Allen Dale Owens used the prisoner grievance procedure that is available here at Century Correctional Institutional, challenging the general practice of the medical department and the circumstances that caused my injury in the shower. Date filed November 6, 2016 presented the facts relating to this complaint. Recieved no response regarding 11-06-2016 grievance.

24. Due to the nerve damage and housing location, the infirmary and transfer to Baptist Hospital I was unable to pursue the grievance. Recieved no response until February 27, 2017. Stating that grievance been denied and if I have medical issue to return to sick call

25. Plaintiff was unable to appeal due to the physical condition.

26. Plaintiff requesting a jury trial and for the U.S. Marshals to effectuate the service process.

-8-

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

The Plaintiff asserts that his Eighth (8th) Amendment Rights was intentionally violated when Nurse "A. Craft Supervisor, at Century C.I. Medical Dept. (11-04-016). When she imposed an deliberate indifference to plaintiff Constitution Right (see pg 6)(line 9-15) when she had full knowledge of the soreness of my injury. Her action were incompetent and intolerable to fundamental fairness (2) Nurse Craft subjectiveness term of punishment by refusing me a bed in the infirmary

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Plaintiff Allen Dale Owens request for this Honorable court to apply all Federal Rules of Civil Procedural and Constitutional laws and statues for him to recieve compensatory and punitive damage from the name defendant.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

April      2019
(Date)

Allen Dale Owens.
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _____ day of April , 20 19 .

Allen Dale Owens.
(Signature of Plaintiff)

Revised 03/07

7

STATEMENT OF CLAIMS. — page 9 continues.

— AND HER ACCUSATION THAT I WAS FAKING MY INJURY THEN GAVE ME CRUTCHES KNOWING THAT IT WOULD BE PAINFUL AND DIFFICULT TO USE WITH AN SEVERE HIP INJURY. THE IBUPROFEN GIVEN FOR THE FRACTURED HIP, JUST AMOUNTED TO NO TREATMENT AT ALL. (LN 17)

THE PLAINTIFF FURTHER THAT HIS (8TH) AMENDMENTS RIGHT WAS INTENTIONALLY VIOLATED UNDER CRUEL AND UNUSAL PUNISHMENT CLAUSE. WHEN NURSE A CRAFT ACTION AND MISCONDUCT WERE MALICIOUS AND INCOMPETANT THAT TRIGGER THE 8TH AMENDMENT VIOLATION. (SEE PAGE 6)(LINE 10, 11, 12, 13, 19)

RELIEF REQUESTED: Page "7" VII. CONTINUE.

— IN HER OFFICIAL AND INDIVIDUAL CAPACITY AND ALL MAILING EXPENSES, FILING FEE'S, SERVICE FEE'S, ATTORNEY FEE AND COURT COST BE CHARGED TO THE DEFENDANT.

1. A CRAFT COMPENSATORY DAMANGES $400.000.00 AND PUNITIVE DAMANGES $250.000.00

TDA. Allen Dole Owens #033583.
Santa Rosa Correctional Institution
5850 East Milton Road.
Milton, Florida 32583-3700

PENSACOLA
FL 325 MAILED FROM A
15 APR '19
STATE CORRECTIONAL
INSTITUTION

Hasler
04/12/2019
US POSTAGE $00
2535
675334

CHECKED APR 16 2019

U.S. District Court
100 North Palafox Street
Pensacola, Florida 32502

32502-483900