UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


ALLEN DALE OWENS,

      Plaintiff,

v.                                                                    Case No. 3:18cv2121-RV-HTC

ALECIA K. ENFINGER,

      Defendant.
_____/

<u>ORDER</u>

This matter is before the Court on Plaintiff's motion for a 20-day extension of time to respond to Defendant's Motion to Dismiss.  ECF Doc. 61.  The current due date for Plaintiff's response is July 9, 2020.  ECF Doc. 59.  Plaintiff delivered the instant motion to prison mail officials on July 6, 2020.  Thus, the motion is timely.

In support of the request, Plaintiff states that (1) he was in the final stage of completing his response when he was admitted to the hospital to have surgery on June 25, 2020; (2) he was not released from the hospital until July 6, 2020[1]; (3) the COVID-19 pandemic has restricted Plaintiff's access to the law library; and (4) he

_____

[1] Because of Plaintiff's handwriting, it is hard to tell whether he was released on July 1 or July 6, 2020.  ECF Doc. 61 at 1.

is having trouble walking after surgery.  *Id.* at 1, 2.  Upon consideration, Plaintiff's

motion is GRANTED.

Accordingly, it is ORDERED that:

1.      Plaintiff's motion (ECF Doc. 61) is GRANTED.

2.      Plaintiff shall have until **July 29, 2020** to file a response to Enfinger's

motion to dismiss (ECF Doc. 54).

DONE AND ORDERED this 15th day of July, 2020.

/s/ Hope Thai Cannon

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**